BAEDER *et al. v.* BAEDER *et al.*

(*Supreme Court, General Term, First Department.* March 29, 1889.)

Appeal from special term, New York county.

Action by Charles B. Baeder and others against William A. Baeder and another. Plaintiffs appeal from an order denying their motion for a preliminary injunction from using brands stencils, labels, and forms of packages similar to those used by plaintiffs.

Argued before VAN BRUNT, P. J., and BRADY and MACOMBER, JJ.

*John E. Parsons,* for appellants. *Mason W. Tyler,* for respondents.

MACOMBER, J. The decision in the case of *Baeder* v. *Baeder,* ante, 123, (made at the present term of the court,) necessarily leads to an affirmance of the order made in this case, which was argued and submitted at the same time. It is so ordered, with disbursements. All concur.